**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LUCAS HORTON, | § | Civil Action No.:  3:20-CV-3526-X-BN |
|         Plaintiff, | § | |
| | § | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | § | **WITH PREJUDICE** |
| | § | |
| PALMER ADMINISTRATIVE SERVICES, INC | § | |
|         Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

Plaintiff LUCAS HORTON, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that he hereby voluntarily dismisses this entire action, with prejudice, with each side bearing its own costs and attorney's fees.

Dated:      June 15 2021     By:  _____

                                  Lucas Horton
                                  *Pro Se Plaintiff*